☐ AMENDED

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re: **Brenda D. Bivens**　　　　　　　　　　　　Case No.

Debtors:　　　　　　　　　　　　　　　　　　　　Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:** (1) **299 Garrett Rd.**
　　　　　　　**Gleason, TN 38229**　　　　　　　(2)

**PLAN PAYMENT:**
　Debtor(1) shall pay $ **2,000.00 Monthly via Direct Pay**

**1. THIS PLAN [Rule 3015.1 Notice]:**
　(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]　☐ YES　☑ NO
　(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION　☐ YES　☑ NO
　　　OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
　(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].　☐ YES　☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**　　　　　　　　　　　　　　　　　　　　　　　　Monthly Plan Payment:
　　　　　　　　　Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
**None**　　　　　　ongoing payment begins _____　　　　　　　　　　　　$ _____
　　　　　　　　　Approximate arrearage: _____

**5. PRIORITY CLAIMS:**
**-NONE-**　　　　　　　　　　　　　Amount _____　　　　　　　　　　　$ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:
**BSI Financial Services**　ongoing payment begins **January 2021**　　　　　$ **1,038.12**
　　　　　　　　　Approximate arrearage: **36,000.00**　Interest **0.00**　　$ **600.00**

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]　Value of Collateral:　Rate of Interest　Monthly Plan Payment:
**None**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]　Value of Collateral:　Rate of Interest　Monthly Plan Payment:
**-NONE-**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
**-NONE-**　　　　　　　　　　　　Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**
　　　　　　　　　　　Amount:　　　　　　　Rate of Interest　　Monthly Plan Payment:
**-NONE-**　　　　　　　　　　　　　　　　　　　　　　　　　　　$

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**
**None**　　　　　　　　　　　　☐　Not provided for　OR　☐　General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$1,845.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
*None*                                                     ☐ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):   NONE**

   **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ C. Jerome Teel, Jr.*                                                                  **Date** *October 6, 2020*                           .
C. Jerome Teel, Jr. 016310
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**              /al